SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
    MARK HICKS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0079 PJH |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE PERMIT DEFENDANT TO TRAVEL TO EASTERN DISTRICT OF CALIFORNIA |
| MARK HICKS JR., | |
|     Defendant. | |

    Defendant MARK HICKS JR. was released from custody on various terms and conditions, including electronic monitoring and under the supervision of Pretrial Services. The Court permitted Mr. Hicks to continue his work as a performer, including allowing him to perform at shows with notice to his Pretrial Services Officer.

    Mr. Hicks has been performing in the three and one-half months since his release in accordance with this Court's order. Mr. Hicks has now been invited to perform at a show in Fresno, California on June 14, 2013, and would like to appear and perform at that show. Mr. Hicks notified Victoria Gibson, his Pretrial Services Officer, that if she permits him to travel to Fresno, California in the Eastern District of California for this performance, he would leave on

STIPULATION AND ORDER TO MODIFY CONDITONS OF PRETRIAL RELEASE
No. CR 13-0079 PJH

1

the afternoon of June 14, 2013 to drive to the performance, and drive back to his home in the early morning hours of June 15, 2013 after his performance. Ms. Gibson has informed counsel for the defendant that she does not object to Mr. Hicks being allowed to travel for this reason. The government has informed defendant's counsel that she does not object to this modification of Mr. Hicks' conditions of pretrial release.

The parties STIPULATE that this Court may modify the conditions of Mr. Hicks' pretrial release to permit him to travel to Fresno, California in the Eastern District of California on June 14, 3013, and return on the morning of June 15, 2013, to perform in a show, so long as he informs Ms. Gibson of his expected travel plans prior to his departure and the location of the show.

IT IS SO STIPULATED.

DATED: June 10, 2013                 /s/
                                                      Keslie Stewart
                                                      Assistant United States Attorney

DATED: June 10, 2013                 /s/
                                                      Scott A. Sugarman
                                                      Attorney for Mark Hicks Jr.

SO ORDERED.

DATE: June 10, 2013                 [signature]
                                                      UNITED STATES MAGISTRATE JUDGE