LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
James R. Stevens, Bar No. 286646
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
ALBERT JAMAL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT JAMAL WILLIAMS,<br><br>Defendant. | No. CR 13-00079 PJH<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Albert Williams may travel outside of the Northern District of California to 7004 Sawgrass Court, Riverbank, CA in the Eastern District of California, leaving this District on July 27, 2013 and returning no later than July 27, 2013. Mr. Williams will be attending a family reunion and will be traveling with his mother, Mae Williams and sister, Russhaun Williams. (Mr. Williams' mother is his custodian and his sister is his surety).

United States Pretrial Service Officer Victoria Gibson has advised Mr. Williams' counsel that she does not oppose Mr. Williams' travel proposed by this stipulation.

It is further Ordered that Mr. Williams shall

communicate with the supervising Pretrial Services Officer before, during (as directed by Pretrial Services) and immediately after his travel. Mr. Williams is further ordered to provide Pretrial Services with a way to contact him during his travel.

All other terms of Mr. Williams' initial pretrial release shall remain in effect.

SO STIPULATED.

7/25/13
Dated

*Keslie Stewart* (signature)
KESLIE STEWART
Assistant United States Attorney

July 25, 2013
Dated

/s/
PAUL DELANO WOLF
Attorney for Defendant
ALBERT JAMAL WILLIAMS

SO ORDERED.

7/25/2013
Dated

*Kandis Westmore* (signature)
HONORABLE ~~DONNA M. RYU~~ KANDIS A. WESTMORE
United States Magistrate Judge